**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Clifford Hyde,

Plaintiff,

v.

National Electrical Benefit Fund, *et al.*,

Defendants.

_________________________________/

Case No. 26-10366

Judith E. Levy
United States District Judge

Mag. Judge Patricia T. Morris

**ORDER STRIKING PLAINTIFF'S MOTION TO COMPEL [21]**

The Court has reviewed Plaintiff's motion to compel. (ECF No. 21.)

The Court strikes that document for the following reasons:

☒ Missing statement of concurrence or the statement of concurrence does not comply with Local Rule 7.1(a). *See* E.D. Mich. LR 7.1(a).

☐ Wrong font size or improper formatting (e.g., single-spaced, improper margins, no page numbers, etc.). *See* E.D. Mich. LR 5.1(a)(2)–(3).

☐ Over-length. *See* E.D. Mich. LR 7.1(d)(3).

☐ Brief missing required information (e.g., concise statement of issues, controlling or most appropriate authority). *See* E.D. Mich. LR 7.1(d)(2).

☐ Exhibits do not comply with Rule 19(b) of the Electronic Filing Policies and Procedures (e.g., index, separate attachment for each exhibit). *See* E.D. Mich. LR 5.1(d)(1), 5.1.1(a).

☐ Contains information that must be redacted (e.g., social security number, taxpayer identification number, birth date, minor's name, financial account number). *See* Fed. R. Civ. P. 5.2.

☐ Non-compliance with Local Rule 5.3 regarding filing an item under seal in a civil case. *See* E.D. Mich. LR 5.3.

☒ Failure to comply with the discovery dispute protocol set forth in the Court's Practice Guidelines. *See Judge Judith E. Levy*, United States District Court for the Eastern District of Michigan, https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=44.

☐ Other: ______________________________________________.

The document (ECF No. 21) is STRICKEN and not part of the record. As set forth above, Plaintiff must comply with the discovery dispute protocol in the Court's Practice Guidelines, including by submitting a request for a discovery dispute resolution conference, before refiling.

IT IS SO ORDERED.

Dated: September 21, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 21, 2026.

s/Amanda Chubb
AMANDA CHUBB
Case Manager